# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137317

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMETRIUS LASEAN HURD,
      Defendant-Appellant.

SC: 137317
COA: 278618
Wayne CC: 06-014068-01

_____/

On order of the Court, the application for leave to appeal the July 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk